# BLUM LAW FIRM
**CHERYL INZUNZA BLUM, ESQ.**

P. O. BOX 42558
TUCSON, ARIZONA 85733
TELEPHONE: (520) 326-0478
FACSIMILE:   (520) 795-4902

cblum@blumlegal.net

CHERYL INZUNZA BLUM, SB # 015389 / PCC # 64820
ATTORNEY FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Rosario Galaviz-Pazos,<br><br>Defendant. | **CR20-1657-JAS-MSA**<br><br>*AMENDED* **MOTION TO CONTINUE PLEA DEADLINE and TRIAL DATE**<br><br>1st Request<br>(Unopposed) |

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(1)(D), will occur as a result of this Motion or an order based thereon.

The Defendant, Rosario Galaviz-Pazos, by counsel undersigned, hereby moves this Court for an Order to continue the plea deadline of 11/13/20 and the trial date of 12/01/20 for sixty (60) days. AUSA Renda Maginnis, Assistant United States Attorney assigned to this matter, does not have an objection to this request.

The reason for this continuance is that counsel needs more time to prepare for trial and anticipates a non-trial disposition of this matter.

-1-

This Motion is respectfully submitted pursuant to Title 18 U.S.C. §3161(h)(7)(A). Further, it is urged that the granting of said continuance outweighs the best interest of the public and the Defendant in a speedy trial.  This Motion is made in good faith and not for unnecessary purposes.

THEREFORE, Defendant, Rosario Galaviz-Pazos, respectfully requests the plea deadline and trial date be continued for sixty (60) days.

Respectfully submitted this 30th day of November, 2020.

**BLUM LAW FIRM**

s/*Cheryl Inzunza Blum*
Attorney for Defendant

Copies served via ECF